MAX JAFFE and Others, Appellants, v. STEPHEN M. WELD and Others, Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

MARY CASEY THORNE, Appellant, v. JOEL WOLFE THORNE, Respondent.— Judgments and orders affirmed. No opinion. Present — Dowling, Smith, Merrell and McAvoy, JJ.

BIRD S. COLER, as Commissioner of Public Charities of the City of New York, on Complaint of KATHERINE McMANUS, Respondent, v. JAMES BESGINER, Appellant.— Order affirmed. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

GUANTANAMO SUGAR COMPANY, INC., Appellant, v. KNICKERBOCKER INSURANCE COMPANY OF NEW YORK, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

JOSEPH SUCHANEK, an Infant, by MARY SUCHANEK, His Guardian ad Litem, Respondent, v. HENRY C. FISCHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ,

MARY SUCHANEK, Respondent, v. HENRY C. FISCHER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

HANNAH TRASHANSKY, as Administratrix, etc., of ABRAHAM TRASHANSKY, Deceased, Respondent, v. SAM HERSHKOVITZ and Others, Appellants.— As to defendant S. & H. Soda Fountain Mfg. Co., Inc., judgment unanimously reversed and complaint dismissed, with costs, on stipulation made by respondent's counsel in open court. As to defendant Sam Hershkovitz, judgment and order unanimously reversed and new trial ordered, with costs to said appellant to abide event, unless plaintiff stipulates to reduce verdict to $25,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. As to defendant Consolidated Telegraph and Electrical Subway Company, judgment and order reversed, with costs, and complaint dismissed, with costs to said appellant, on the ground that no negligence was shown on the part of said defendant, nor any act on its part proven as a proximate or contributory cause of the accident. Settle order on notice. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.; Smith and Finch, JJ., dissenting as to defendant subway company and voting for reversal and new trial unless plaintiff stipulates to reduce verdict to $25,000.

ST. LOUIS UNION TRUST COMPANY and Another, as Executors, etc., of WARWICK MASSEY HOUGH, Deceased, Respondents, v. ETHEL HOFFSTAEDTER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and Martin, JJ.

RAYMOND GUEDE COGHLAN, Respondent, v. THE GRAPHOSCOPE COMPANY and Others, Defendants, Impleaded with ARMISTEAD K. BAYLOR and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.

WALTER L. DRUMMOND, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell, Finch and McAvoy, JJ.